# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONRAD CASTILLO,<br><br>    Petitioner,<br><br>    v.<br><br>MARTIN GAMBOA,<br><br>    Respondent. | Case No. 1:24-cv-01521-SAB-HC<br><br>ORDER STAYING PROCEEDINGS |

Petitioner, represented by counsel, is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 14, 2025, the Court granted Petitioner's motion to stay the proceedings pursuant to <u>Kelly v. Small</u>, 315 F.3d 1063 (9th Cir. 2002). (ECF No. 8.) On March 27, 2025, Petitioner filed an amended petition containing only exhausted claims, which satisfies the first requirement for a <u>Kelly</u> stay. (ECF No. 9.)

Accordingly, IT IS HEREBY ORDERED that:

1. The proceedings are STAYED pending exhaustion of state remedies;
2. Petitioner is DIRECTED to file a status report within thirty (30) days of the date of service of this order, and then every ninety (90) days thereafter; and
3. Within thirty (30) days following the final order of the state courts, Petitioner MUST FILE an amended petition in this Court including all exhausted claims.

1

Petitioner is forewarned that failure to comply with this order will result in the Court vacating the stay.

IT IS SO ORDERED.

Dated: **April 8, 2025**

STANLEY A. BOONE
United States Magistrate Judge