# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONRAD CASTILLO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MARTIN GAMBOA,<br><br>　　　　Respondent. | Case No. 1:24-cv-01521-SAB-HC<br><br>ORDER DIRECTING REMOVAL OF AARON SPOLIN AS COUNSEL ON DOCKET<br><br>(ECF No. 14) |

On September 23, 2025, attorney Kristen J. Mason filed a notice of appearance in this matter. (ECF No. 13.) On October 20, 2025, Aaron Spolin filed a notice of withdrawal. (ECF No. 14.)

Accordingly, the Clerk of Court is DIRECTED to remove Aaron Spolin as counsel on the docket.

IT IS SO ORDERED.

Dated:  **October 22, 2025**

STANLEY A. BOONE
United States Magistrate Judge